UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Pensacola_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

LEGAL MAIL PROVIDED TO
FLORIDA STATE PRISON
ON
APR 03 2013
FOR MAILING
INMATES INITIALS ___

Lawrence Albertie,

Inmate # J33487.
(Enter full name of Plaintiff)

vs.

CASE NO: 3:13cv157-RV-CJK
(To be assigned by Clerk)

Sgt Quinn,
LT int. Gielow,
Officer Killgore,
LT T. Reyes,
Sgt Johnson Thonson.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed 0408*13 UsDcFln3PN0319
ES

I.  **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Lawrence Albertie
Inmate Number: J33487
Prison or Jail: ~~Century Correctional~~ Florida state prison
Mailing address: Institution 7819 NW. 228th street Raiford Fla - 32026

II.  **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Quinn
    Official position: Sargeant
    Employed at: Santa Rosa CI
    Mailing address: 5850 Milton Road Milton Fla. 32583

(2) Defendant's name: Gielow
    Official position: Luietenant L.T.
    Employed at: Santa Rosa CI
    Mailing address: 5850 milton Rd. milton Fl. 32583

(3) Defendant's name: Killgore
    Official position: Officer
    Employed at: Santa Rosa CI
    Mailing address: 5850 milton Rd, milton Fl. 32583

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

   A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
   Yes( )        No(✓)

   1. Parties to previous action:
      (a) Plaintiff(s): _____
      (b) Defendant(s): _____
   2. Name of judge: _____   Case #: _____
   3. County and judicial circuit: _____
   4. Approximate filing date: _____
   5. If not still pending, date of dismissal: _____
   6. Reason for dismissal: _____
   7. Facts and claims of case: _____

   **(Attach additional pages as necessary to list state court cases.)**

   B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

   Yes( )        No(✓)

   1. Parties to previous action:
      a. Plaintiff(s): _____
      b. Defendant(s): _____
   2. District and judicial division: _____
   3. Name of judge: _____   Case #: _____
   4. Approximate filing date: _____
   5. If not still pending, date of dismissal: _____
   6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )    No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )    No( ✓ )

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: Excessive police force, medical malpratice violation of Due Process violation of inmate safety

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

The Sergeant; Quinn. Harrased me constantly about my charge. He called me torts — Sexual predator, chester, child molester, he Beat me up in the nurse station with officer Johnson and officer Alias psyco. whom of which I liked to press charges on as well as the nurse. Sgt Quinn gased me for no apparent reason. He attacked me in my room said I tryed to throw urine on him. He's punch me in my jaw made my lip Bleed and constantly harrassed me.

LT Gielow has constantly harrased me. called me, torts like Chester Sexual predator child molester and so forth. LT Gielow Gielow per say is the cause of me being Raped. per say CT Bielow brought a Inmate to my room Illegally to fight me per say that Inmate Raped me Indeed he Raped me. And fought me. CT Bielow then transferd this Inmate to another cell after the rape Illegally. with out two officers Transfering a Inmate is consider Illegal at neither time did LT Gielow have two uniformed officer to transfer the inmate that rape me. CT Gielow paid this Inmate per say some cigaretts and lighter to rape me and fight me per say. He also excessively gased me for no reason with Chemical agents. The Chemicals are very painful very hot.

Sgt Jhonson is constanly harrasing me calling me names like Child molester, sexual predator, Chester, he Continually destroyed my property During Illegal room searches. He punched me in the Back of my head several times in the nurses station in Dwing He gased me and wrote me

5

up on a Phonie DR stating I tryed to brake the fire extinguisher in the room when I did not. He fought me in the nurse station with Sgt Quinn beause I asked the nurse about a 4,000 Calorie Diet. He threw my property in the trash and in the toilet during room searches.

Officer Killgore punch me in my Jaw on Camera when told to pull me out the shower — he had a team of 3 officer they were wearing protective gear. Officer Killgore has called me names like sexual predator child molester, Basterd ect. He has written me up on Bogus DR's things that I did not do.

I am a victim of excessive police force Santa Rosa prison has lots of officer whom of which I dont know their names that Sprayed me for no apparent reason with Chemical Agents — while I was mentally sick per paranoia schizophrenia. I was sprayed to my believe over 14 times with Chemical Agents in a 6 month period thats almost once per week being gased. The chemicals hurt very badly and get very hot.

I was always placed back in the cell that I was gased in without it being properly cleand

And medical went over a year without given me my meds Causing me to have a mental health breakdown. I have a clear and present need for medical Attention. I was transferd to A therapuetic Care unit because of poor treatment from Santa Rosa prison. I am now at a mental Health hospital recovering from what happen to me at Santa Rosa. I had a mental Health break down from not recieving meds for over a year at Santa Rosa — mental Health needz. I became Incompetent. I'd like to sue for medical malpractice

Also my 8th Amendennunt to due process was violated I didnt get to participate in any DR's — my right to safety was violated and excessive Brut force was used. Although their are not many medical files to back up my abuse per (Incompetent) I really was abused. Sgt Johnson also sprayed me with chemicels threw the Back window of the cell

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

1) Claim one (Excessive police force) 2 Claim 2 Safety right violated Claim 3) right for medical Attention cat Claim 4) right to due process going to 'DR' court Claim 5 the right to clean safe environment to sleep. I was Raped — was told I couldnt participate in DR Court — I was put Back in unclean Rooms I was gased — I was gased for anything that I did — excessive police force All my rights were violated and the 8 Amendenmint and 14 Amendenment was violated

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

I'd like a Law suit; for some people to be Fired and a injunction to change a prison policy Punetive Damages Medical malpratice suit Compensation for being badly beaten and Raped

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

5-28-2012
(Date)

Lawrence T. Albertie
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _____ day of _____, 20____.

Lawrence T. Albertie
(Signature of Plaintiff)

Revised 03/07

7

Mailed From
A State
Corr Institution



Lawrence Albertie DC# J33487   Room D1225
Florida State prison
7819 N.W. 228th street
Raiford Fla. 32083

Clerk, U.S. District Court
1 North Palafox Street
Room 226
Pensacola, Florida 32502-5658

LEGAL MAIL