UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE ALBERTIE,

    Plaintiff,

vs.                                    Case No.:  3:13cv157/RV/CJK

QUINN et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under U.S.C. § 1983. (Doc. 1). On May 12, 2014, the court entered an order requiring plaintiff to file, within thirty days, service copies of his complaint and the forms necessary for service of process. (Doc. 17). Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed. On June 6, 2014, the court issued an order requiring plaintiff to show cause, within fourteen days, why this case should not be dismissed. Plaintiff then filed a motion for extension of time (doc. 19), which was granted.

    After receiving no subsequent filings from plaintiff, on July 21, 2014, an order was issued requiring plaintiff to show cause, within fourteen days, why this case

should not be dismissed. (Doc. 21). To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 6th day of August, 2014.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).