UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAWRENCE ALBERTIE,**

    **Plaintiff,**

v.     Case No. 3:13cv157/RV/CJK

**QUINN, et al.,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 6, 2014 (doc. 23). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

3. The clerk is directed to close the file.

    **DONE AND ORDERED** this 8th day of September, 2014.

                      /s/ *Roger Vinson*
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**